IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TURNER CONSTRUCTION COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO CHRISTIAN INDUSTRIAL LEAGUE, an Illinois not-for-profit corporation,<br><br>Defendant. | Case No. 08cv3535 |

### TURNER CONSTRUCTION COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Turner Construction Company states as follows:

1. **Parent corporations:** Turner Construction Company, a New York corporation, is wholly owned by the Turner Corporation, a Delaware corporation.

2. **Publicly held companies owning 5% or more of the party's stock:** The Turner Corporation is wholly, indirectly owned by Hochtief AG, a publicly traded company in Germany.

Dated: June 20, 2008

Respectfully submitted,

/s/ James L. Oakley
Todd A. Rowden
James L. Oakley
THOMPSON COBURN LLP
55 E. Monroe St.
40th Floor
Chicago, IL 60603

## CERTIFICATE OF SERVICE

I certify pursuant to Fed. R. Civ. P. 5(a), that I caused copies of the **Appearances of James L. Oakley and Todd A. Rowden, Complaint for Damages, Turner Construction Company's Corporate Disclosure Statement and Waiver of Service of Summons** to be served by mailing copies to the following parties:

Judith McIntyre
Chicago Christian Industrial League
2750 West Roosevelt Road
Chicago, IL 60608

David A. Saunders
500 N. Dearborn Street
2nd Floor
Chicago, IL 60610

by depositing the same in the U.S. Mail at 55 East Monroe Street, Chicago, Illinois 60603, by 5:00 p.m., on June 20, 2008, with proper postage prepaid.

/s/ James L. Oakley