IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TURNER CONSTRUCTION COMPANY, a New York corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 08cv3535 |
| v. | ) ) ) | |
| CHICAGO CHRISTIAN INDUSTRIAL LEAGUE, an Illinois not-for-profit corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To: Judith McIntyre
Chicago Christian Industrial League
2750 West Roosevelt Road
Chicago, IL 60608

PLEASE TAKE NOTICE that on July 10, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a **CERTIFICATE OF SERVICE OF THE NOTIFICATION OF DOCKET ENTRY,** a copy of which is attached hereto.

Dated: July 10, 2008

Respectfully submitted,

/s/ James L. Oakley
Todd A. Rowden
James L. Oakley
THOMPSON COBURN LLP
55 E. Monroe St.
40th Floor
Chicago, IL 60603

**CERTIFICATE OF SERVICE OF THE NOTIFICATION OF DOCKET ENTRY**

I certify pursuant to Fed. R. Civ. P. 5(a), that I caused copies of the **NOTIFICATION OF DOCKET ENTRY** to be served by mailing copies to the following parties:

Judith McIntyre<br>
Chicago Christian Industrial League<br>
2750 West Roosevelt Road<br>
Chicago, IL 60608

by depositing the same in the U.S. Mail at 55 East Monroe Street, Chicago, Illinois 60603, by 5:00 p.m., on July 10, 2008, with proper postage prepaid.

/s/ James L. Oakley

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Turner Construction Company
                                      Plaintiff,

v.                                                   Case No.: 1:08−cv−03535
                                                     Honorable Virginia M. Kendall

Chicago Christian Industrial League
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Initial Status hearing set for 8/18/2008 at 09:00 AM. Joint Status Report due by 8/12/2008. (See Judge Kendall's web page found at www.ilnd.uscourts.gov for information about status reports). The parties are to report on the following: (1) Possibility of settlement in the case; (2) If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of the Court's action herein. Lead counsel is directed to appear at this status hearing. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

## CERTIFICATE OF SERVICE

I certify pursuant to Fed. R. Civ. P. 5(a), that I caused copies of the **NOTICE OF FILING** and **CERTIFICATE OF SERVICE OF THE NOTIFICATION OF DOCKET ENTRY** to be served by mailing copies to the following parties:

Judith McIntyre<br>
Chicago Christian Industrial League<br>
2750 West Roosevelt Road<br>
Chicago, IL 60608

by depositing the same in the U.S. Mail at 55 East Monroe Street, Chicago, Illinois 60603, by 5:00 p.m., on July 10, 2008, with proper postage prepaid.

/s/ James L. Oakley

4769173_1