IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TURNER CONSTRUCTION COMPANY,<br>A New York Corporation,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHICAGO CHRISTIAN INDUSTRIAL<br>LEAGUE, an Illinois not for profit corporation,<br><br>　　　　　　　Defendant. | Case No.: 08 CV 3535<br>Honorable Kendall<br>Magistrate Judge Keys |

APPEARANCE AND JURY DEMAND ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR **CHICAGO CHRISTIAN INDUSTRIAL LEAGUE**

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE |
| NAME<br>Charles A. LeMoine | NAME |
| FIRM<br>Dykema Gossett PLLC | FIRM |
| STREET ADDRESS<br>10 S. Wacker Drive, Suite 2300 | STREET ADDRESS |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | CITY/STATE/ZIP |
| TELEPHONE NUMBER<br>312-627-2163 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>6194888 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| E-MAIL ADDRESS<br>clemoine@dykema.com | E-MAIL ADDRESS |
| MEMBER OF TRIAL BAR?　YES ☒　NO ☐ | MEMBER OF TRIAL BAR?　YES ☐　NO ☐ |
| TRIAL ATTORNEY?　YES ☒　NO ☐ | TRIAL ATTORNEY?　YES ☐　NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?　YES ☐　NO ☒ | DESIGNATED AS LOCAL COUNSEL?　YES ☐　NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| MEMBER OF TRIAL BAR?　YES ☐　NO ☐ | MEMBER OF TRIAL BAR?　YES ☐　NO ☐ |
| TRIAL ATTORNEY?　YES ☐　NO ☐ | TRIAL ATTORNEY?　YES ☐　NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?　YES ☐　NO ☐ | DESIGNATED AS LOCAL COUNSEL?　YES ☐　NO ☐ |