IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TURNER CONSTRUCTION COMPANY, A New York Corporation, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CHICAGO CHRISTIAN INDUSTRIAL LEAGUE, an Illinois not for profit corporation, )<br><br>Defendant. | Case No.  08 CV 3535<br>Judge  Kendall<br>Magistrate:  Keys |

## JURY DEMAND

Defendant Chicago Christian Industrial League, by its attorneys Charles A. LeMoine and Dykema Gossett PLLC, hereby demands trial by jury.

                    Respectfully submitted,

                    DYKEMA GOSSETT PLLC

                    By:  s/ Charles A. LeMoine_____
                          One of the Attorneys for Chicago Christian Industrial League

Charles A. LeMoine ARDC No. 6194888
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700