## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CV 3535

TURNER CONSTRUCTION COMPANY, A New York Corporation

v.

CHICAGO CHRISTIAN INDUSTRIAL LEAGUE, an Illinois not-for-profit corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHICAGO CHRISTIAN INDUSTRIAL LEAGUE

| |
|---|
| NAME (Type or print)<br>Daniel M. Noland |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel M. Noland |
| FIRM<br>Dykema Gossett PLLC |
| STREET ADDRESS<br>10 S. Wacker Drive, Suite 2300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6231175 | (312) 876-1700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

James Leo Oakley
Fagel Haber LLC
55 E. Monroe Street
Suite 4000
Chicago, IL 60603
(312) 580-2344
joakley@fagelhaber.com

Todd A. Rowden
Thompson Coburn LLP
55 E. Monroe Street
40th Floor
Chicago, IL 60603
(312) 580-2229
trowden@tcfhlaw.com

s/ Daniel M. Noland
Daniel M. Noland